UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                 Case No. 08-20512 FL

v.                                                        Hon.  Sean F. Cox

LOUIS JOHN COKER,

    Defendant.
_____/

**MEMORANDUM OF STATUS**
**CONFERENCE AND ORDER**

      Counsel for all parties having appeared before Judge Cox on November 13, 2009, for a Status Conference, and the parties having stipulated to same;

      IT IS HEREBY ORDERED that the plea cutoff/hearing is set for **Monday, November 30, 2009 at 9:30 a.m.,  in Courtroom 127, 600 Church Street, Flint, MI.**  Should a plea not be entered, a Final Pre-Trial Conference will be held.

      IT IS FURTHER ORDERED that Trial shall commence on **December 15, 2009 at 8:30 a.m.**

                                          S/Sean F. Cox
                                          Sean F. Cox
                                          United States District Judge

Dated:  November 13, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 13, 2009, by electronic and/or ordinary mail.

                                            S/Jennifer Hernandez
                                            Case Manager